IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KYLE J. JOHNSON, )
)
        Petitioner, ) Case No. 1:11-cv-94-SJM-SPB
)
v. )
)
SUPERINTENDENT BRIAN V. COLEMAN, )
*et al.*, )
)
        Respondents. )

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on April 21, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on March 5, 2012 [14], recommends that the motion to dismiss for lack of jurisdiction filed on behalf of the District Attorney of Erie County [11] be denied as moot. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI-Fayette, where he is currently incarcerated, and on the Respondents. No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 11th Day of April, 2012;

IT IS ORDERED that the motion to dismiss for lack of jurisdiction filed on behalf of the District Attorney of Erie County [11] shall be, and hereby is, DENIED as moot.

The Report and Recommendation of Magistrate Judge Baxter, filed on March 5, 2012 [14], is adopted as the opinion of the Court.

                s/ <u>Sean J. McLaughlin</u>
                   SEAN J. McLAUGHLIN
                   United States District Judge

Cm:    All parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter