# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE J. JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. 1:11-cv-94-SJM-SPB |
| v. | ) |
| | ) |
| SUPERINTENDENT COLEMAN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on April 21, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on November 26, 2012 [22], recommends that the petition for a writ of habeas corpus be denied and that a certificate of appealability also be denied.

The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI Fayette, where he is incarcerated, and on Respondents. Petitioner's objections [23] were filed on December 14, 2012. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 4th Day of January, 2013;

IT IS ORDERED that the within petition for a writ of habeas corpus shall be, and hereby is, DENIED.

Inasmuch as jurists of reason would not find it debatable that the instant petition fails to make a substantial showing of the denial of a constitutional right, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter dated November 26, 2012 [22] is adopted as the opinion of the Court.

                                              s/   Sean J. McLaughlin

                                                 SEAN J. McLAUGHLIN
                                               United States District Judge

Cm:   All parties of record.

      U.S. Magistrate Judge Susan Paradise Baxter